# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK MILLER,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:15-0384** |
| v. | : | **(JUDGE MANNION)** |
| **AUTOPART INTERNATIONAL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiff's amended complaint, **(Doc. 10)**, is **GRANTED**;

**(2)** the plaintiff's amended complaint, **(Doc. 8)**, is **DISMISSED WITH PREJUDICE**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 2, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0384-01-ORDER.wpd